UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Viral DRM, LLC, ) | Case No. 1:23-cv-00754 |
| Plaintiff, ) | |
| ) | Judge: Hon. Franklin U. Valderrama |
| v. ) | |
| Zeigler Chevrolet-Schaumburg, LLC, ) | |
| Defendant. ) | |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: June 15, 2023

| **VARNUM LLP** | **SANDERS LAW GROUP** |
|---|---|
| By: /s/ Staci R. DeRegnaucourt | By: /s/ Renee J. Aragona |
| Staci R. DeRegnaucourt, Esq. *(pro hac vice)* | Renee J. Aragona, Esq. |
| 101 North Main Street \| Suite 525 | 333 Earle Ovington Blvd, Suite 402 |
| Ann Arbor, MI 48104 | Uniondale, NY 11553 |
| Tel: (734) 372-2933 | Tel: (516) 203-7600 |
| Email: srderegnaucourt@varnumlaw.com | Email: raragona@sanderslaw.group |
| *Attorneys for Defendant* | File No.: 126117 |
| | *Attorneys for Plaintiff* |